# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1769
_____

THOMAS ALLEN PRICE,

　Appellant,

v.

STATE OF FLORIDA,

　Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.


November 6, 2025

PER CURIAM.

　AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.